

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 8 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**WALTER PRUITT**                                                      **PLAINTIFF**

**v.**                              Case No. *3:13-cv-00163 KGB /JTR*

**BNSF RAILWAY COMPANY**                                          **DEFENDANT**

This case assigned to District Judge _*BAKER*_
and to Magistrate Judge_____ *Ray*

### NOTICE OF REMOVAL

BNSF Railway Company ("BNSF") files this notice of removal pursuant to 28 U.S.C. §§
1441 and 1446, and states as follows:

1.      Plaintiff filed a Complaint in the Circuit Court of Lawrence County, Arkansas, on
or about May 29, 2013.  Attached hereto as <u>Exhibit 1</u> is a copy of the Summons and Complaint
and all other process, pleadings, and orders served upon BNSF in such action.  28 U.S.C. §
1446(a).

2.      Plaintiff served BNSF Railway Company by serving CT Corporation System by
process server on June 7, 2013.

3.      BNSF is the only defendant; therefore, BNSF need not obtain the consent of any
other persons to remove this action from state court to federal court.

4.      This notice of removal is timely because BNSF filed it within 30 days from the
date BNSF was served with Plaintiff's state court Complaint.  28 U.S.C. § 1446(b).

5.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.

6.      Defendant BNSF and Plaintiff are citizens of different states.  BNSF Railway
Company is a Delaware corporation with its principal place of business in Fort Worth, Texas;

thus for purposes of diversity BNSF is a citizen of Delaware and Texas.  In his Complaint,

Plaintiff asserts that he is a resident of Lawrence County, Arkansas, and thus is a citizen of

Arkansas.  The diversity of citizenship requirement is met.  28 U.S.C. § 1332(a)(1).

7.      Additionally, in his Complaint, Plaintiff alleges that he has been damaged "in an

amount in excess of the minimum jurisdictional amount for diversity suits in the United States

District Courts."  Exhibit 1, p. 3.  Thus, the amount in controversy in this case is in excess of

$75,000, exclusive of interests and costs.  28 U.S.C. § 1332(a); 28 U.S.C. § 1446(c)(2).

8.      Since there is complete diversity of citizenship and the amount in controversy

exceeds the $75,000 jurisdictional threshold, this Court has jurisdiction pursuant to 28 U.S.C. §

1332 and BNSF is entitled to remove this action pursuant to 28 U.S.C. § 1441.

9.      Since Lawrence County is the county where the actions giving rise to Plaintiff's

claim are alleged to have occurred, this action is properly removable to the United States District

Court for the Eastern District of Arkansas, Jonesboro Division.

10.      BNSF will promptly notify Plaintiff and the Circuit Court of Lawrence County,

Arkansas, of this removal.

WHEREFORE, Defendant BNSF Railway Company removes this case to the United

States District Court for the Eastern District of Arkansas, Jonesboro Division, and by operation of

the applicable rules and statutes, all state court proceedings are hereby halted.

Respectfully submitted,

Barry Deacon (75030)
Jason M. Milne (2005239)
DEACON LAW FIRM, P.A.
2524 Alexander Drive, Ste. B
P.O. Box 3000
Jonesboro, Arkansas  72403
Telephone:  (870) 336-9300
bdeacon@deaconlawfirm.com

By: _____
Attorneys for BNSF Railway Company

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing was made by mailing a true and correct copy of same to:

Frank H. Bailey
Sach D. Oliver
T. Ryan Scott
Bailey & Oliver Law Firm
3606 West Southern Hills Blvd.
Rogers, AR  72758

Michelle Evans
Lawrence County Circuit Clerk
7 Courthouse, 315 W. Main St.
Walnut Ridge, AR  72476

on this 8th day of July, 2013.

_____
Barry Deacon

3