IN THE CIRCUIT COURT OF LAWRENCE COUNTY, ARKANSAS

| | |
|---|---|
| WALTER PRUITT, ) | |
| ) | |
| PLAINTIFF, ) | CASE NO. CV 2013-58 |
| ) | |
| vs. ) | JURY TRIAL DEMANDED |
| ) | |
| BNSF RAILWAY COMPANY ) | |
| ) | |
| DEFENDANT. ) | |

FILED
MAY 29 2013
10:50 Am
_____ _____ Circuit Clerk
Lawrence Co., AR

### COMPLAINT

COMES, the Plaintiff, WALTER PRUITT, by and through his attorney, Frank H. Bailey, and for his cause of action against the Defendant, BNSF RAILWAY COMPANY, to the Court states:

### PARTIES, JURISDICTION AND VENUE

1. This is an action for personal injuries.

2. Plaintiff, WALTER PRUITT, is a resident of Lawrence County, Arkansas.

3. The occurrence, which caused the injuries, the subject of this Complaint, occurred in Lawrence County, Arkansas, such that venue is proper in this Court pursuant to A.C.A. 16-60-112.

4. The Defendant BNSF RAILWAY COMPANY is a foreign corporation doing business in the State of Arkansas. The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas, 72201, is its registered agent for service of process. The Defendant uses the fictitious name of THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY.



## FACTS

5. On February 27, 2012, on Highway 63 Northbound, in Ravenden, Arkansas, Allen Brooks failed to yield right-of-way to oncoming traffic and caused damages to the Plaintiff and the Plaintiff's vehicle.

6. At all times relevant herein, ALLEN BROOKS was an employee of BNSF RAILWAY COMPANY and acting within the course and scope of his employment. BNSF RAILWAY COMPANY is vicariously liable for the negligence of Allen Brooks.

7. Allen Brooks' violation of the rules of the road caused serious injuries to Walter Pruitt.

8. A driver entering the highway from a private road or driveway must keep a lookout for vehicles on the highway.

9. A driver entering a highway from a private road or driveway must yield the right-of-way to vehicles approaching on the highway.

10. The wreck was solely and proximately caused by the negligence of Allen Brooks in the following particulars:

   a) Failure to yield right-of-way to oncoming traffic,

   b) Failure to keep a proper lookout for vehicles on the highway.

11. Allen Brooks violated A.C.A. 27-51-603 when he chose to enter the roadway without yielding the right of way.

## SETTLEMENT ATTEMPTS

12. The Plaintiff attempted to come to a reasonable settlement by discussing the case with Adjuster Steven Miller at BNSF RAILWAY COMPANY. BNSF RAILWAY COMPANY Adjuster Steven Miller has not been responsive in producing their employee Allen Brooks nor willing to discuss the case. Due to Adjuster Steven Miller's non-

response to the Plaintiff's attempts to discuss the case, an agreement could not be reached, and the Plaintiff was forced to file this complaint.

## DAMAGES

13. Plaintiff hereby incorporates paragraphs 1 through 12 as though fully set forth herein.

14. As a result of the Defendant's negligence, Plaintiff has suffered permanent injuries to his wrist, head, neck, shoulders, knee and back.

15. Plaintiff has incurred medical expenses as a result of Defendant's negligence in the amount of $ 10,052.78.

16. Plaintiff will continue to incur medical expenses in the future as a result of Defendant's negligence.

17. Plaintiff has had pain, suffering and mental anguish in the past as a result of Defendant's negligence.

18. Plaintiff will have pain, suffering and mental anguish in the future as a result of Defendant's negligence.

19. Plaintiff has been damaged in an amount in excess of the minimal jurisdiction amount for diversity suits in the United States District Courts.

WHEREFORE, the Plaintiff prays for judgment against Defendant, BNSF RAILWAY COMPANY, for damages as may be assessed by a jury. Such damages being in excess of the minimum jurisdictional amount for diversity of citizenship suits in the United States District Courts; for a trial by jury as to all issues; for costs; reasonable attorney's fees; and all other relief the Court deems just and proper.

DATED this 22nd day of May, 2013.

                                        WALTER PRUITT,
                                        PLAINTIFF

BY: _____
                                        Frank H. Bailey, Ark. Bar No. 74004
                                        Sach D. Oliver, Ark. Bar No. 2006251
                                        T. Ryan Scott, Ark. Bar No. 2008161
                                        Bailey & Oliver Law Firm
                                        3606 West Southern Hills Blvd.
                                        Rogers, AR 72758
                                        Telephone (479) 202-5200
                                        Fax (479) 202-5605