IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WALTER PRUITT**                                                                                          **PLAINTIFF**

v.                              Case No. 3:13-cv-00163 KGB

**BNSF RAILWAY COMPANY**                                                          **DEFENDANT**

## ORDER

The parties have filed a stipulation of dismissal without prejudice of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 10). Accordingly, this action is dismissed without prejudice.

SO ORDERED this 3rd day of June, 2014.

_____
Kristine G. Baker
United States District Judge